IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01199-REB-KMT

MARY E. HENRY,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET
INVESTMENT LOAN TRUST 2005-11,
AMERICA'S SERVICING COMPANY, and
CASTLE MEINHOLD & STAWIARSKI, LLC,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#37] filed October 20, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#37] filed October 20, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for July 15, 2011, is **VACATED**;

3. That the jury trial set to commence August 1, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 20, 2010, at Denver, Colorado.

                                    BY THE COURT:

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge